# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 04, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-11325   James Wetherbe v. Texas Tech University System, et al
                          USDC No. 5:15-CV-119

The court has granted an extension of time to and including April 24, 2020 for filing appellee's/respondent's brief in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Casey A. Sullivan, Deputy Clerk
                    504-310-7642

Mr. Fernando Manuel Bustos
Ms. Karen S. Mitchell
Mrs. Natalie Deyo Thompson
Mr. Enrique Manuel Varela
Mr. Matthew Nephi Zimmerman